162 So.2d 574

**STATE of Louisiana**

v.

**Reven ST. ROMAINE.**

No. 47234.

April 17, 1964.

In re: Reven St. Romaine applying for writs of certiorari, mandamus and prohibition.

Writs refused. We find no error of law in the judgment complained of.